JOHN F. CONWAY, Appellant, v. THE FARISH-STAFFORD
COMPANY, Respondent.

*Conway* v. *Farish-Stafford Co.*, 170 App. Div. 903, affirmed.
(Argued January 23, 1918; decided February 12, 1918.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered July 30, 1915, reversing a judgment in favor
of plaintiff entered upon the report of a referee and
granting a new trial. The Appellate Division held: " In
the form in which this action was brought, it was for
compensation under a contract for services and on that
ground we affirmed the order of reference against the
defendant's insistence that it was entitled to a trial by
jury (153 App. Div. 906). The referee, however, having
in the course of the trial allowed the complaint to be
amended so as to claim damages for breach of contract,
proceeded over defendant's objection and exception to
report upon the whole case including that introduced
by the amendment allowed by him. He thus awarded
plaintiff $20,000 damages, but stated that to hold the
complaint as one for services would necessitate a finding
for defendant. Having held that the complaint originally
alleged a cause of action for compensation and as counsel
for plaintiff then conceded, for compensation only, also
that the referee was without power to allow an amend-
ment changing the complaint (157 App. Div. 481), we
cannot sustain the judgment wherein plaintiff's recovery
is wholly for a non-referable cause of action."

*Martin L. Stover* and *Edwin B. Steel* for appellant.

*David Leventritt* and *Herman H. Oppenheimer* for
respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts;
no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.